561 U.S. 1058, 131 S. Ct. 63, 177 L. Ed. 2d 1152, 2010 U.S. LEXIS 5746.

September 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted limited to Questions 1, 2, and 3 presented by the petition.

Same case below, 600 F.3d 1037.

No. 10-188. Schindler Elevator Corporation, Petitioner v. United States ex rel. Daniel Kirk.

561 U.S. 1058, 131 S. Ct. 63, 177 L. Ed. 2d 1152, 2010 U.S. LEXIS 5753.

September 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted.

Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 601 F.3d 94.